SARAH A. CARLIN, as Administratrix of the Estate of THOMAS CARLIN, Deceased, Respondent, *v.* THE NEW YORK, NEW HAVEN AND HARTFORD RAILROAD COMPANY, Impleaded with Another.

*Carlin* v. *N. Y., N. H. & H. R. R. Co.*, 135 App. Div. 876, appeal dismissed.

(Argued April 25, 1910; decided May 3, 1910.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the second judicial department, entered January 10, 1910, which reversed a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term and an order denying a motion for a new trial and granted a new trial in an action to recover for the death of plaintiff's intestate alleged to have occurred through defendant's negligence.

The motion was made upon the ground that the appellant had failed to stipulate for judgment absolute in the event of affirmance.

*Rufus O. Catlin* for motion.

*William L. Visscher* opposed.

Motion granted unless within ten days appellant files and serves an amended notice of appeal, giving the stipulation for judgment absolute if the order is affirmed, and pays ten dollars to the respondent within the same period.